MILTON A. CURTISS, Respondent, v. BYRON CURTISS, as
Executor of JUSTUS CURTISS, Deceased, Appellant.

*Curtiss* v. *Curtiss*, 160 App. Div. 914, affirmed.
(Argued May 9, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 15, 1914, affirming a judgment in favor
of plaintiff entered upon the report of a referee in an
action to recover on a promissory note reading as follows:
" $5000.00                  OSWEGO, N. Y., *June* 27, 1901.

" For value received and other considerations, I promise
to pay my nephew, Milton A. Curtiss, or his heirs, eight
years after date or at the death of my wife Marjorie A.
Curtiss, Five Thousand Dollars ($5000.00), with use.
Interest due and payable when the note is paid.
                              " (Signed)      J. CURTISS."

The defense was lack of consideration.

*John L. Mournighan, Merrick Stowell* and *Ezra A.
Barnes* for appellant.

*Leroy B. Williams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.